# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Tetra Tech Tesoro, Inc. ) ASBCA Nos. 60502, 60567
)
Under Contract No. N40085-09-D-5027 )

APPEARANCES FOR THE APPELLANT: Neil S. Lowenstein, Esq.
Anthony J. Mazzeo, Esq.
Vandeventer Black LLP
Norfolk, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Rawn M. James, Jr., Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 4, 2019

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60502, 60567, Appeals of Tetra Tech Tesoro, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals